# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NOTICE**

ORBIS CORPORATION

v.  Case No. 12-CV-1073-JPS

REHRIG PACIFIC COMPANY

| Type of case: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br>Federal Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee, Wisconsin | ROOM NO. 425 |
|---|---|
| | DATE AND TIME: **FRI 12/7/12 at 9:30 AM** |

TYPE OF PROCEEDING:

## RULE 16 SCHEDULING CONFERENCE

In order that this case move forward in a timely manner, counsel for the parties are directed to file a joint Rule 26 plan on or before **December 5, 2012**; such report to include cutoff dates within which to complete various pretrial tasks in order that this case be concluded before **November 1, 2013**, including trial, if necessary.

To accommodate counsel's schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the court's sound/teleconferencing equipment.

The court will initiate the call. Therefore, if appearing by telephone, counsel must notify the court, in advance, of the direct number at which they may be reached.

JON W. SANFILIPPO  
Clerk of Court

November 16, 2012              s/ Nancy A. Monzingo  
Date                           (By) Deputy Clerk